1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   DAVID M. BATTISTE,                    CASE NO. 1:08-cv-01848-GSA PC

10                    Plaintiff,          ORDER DISMISSING ACTION, WITHOUT
                                          PREJUDICE, FOR FAILURE TO PROSECUTE
11        v.
                                          (Docs. 6 and 7)
12   C/O S. SMYTH, et al.,

13                    Defendants.
     _____/
14

15        Plaintiff David M. Battiste is a state prisoner proceeding pro se and in forma pauperis in this

16   civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 3, 2008.  On

17   February 19, 2009, the Court screened and dismissed Plaintiff's complaint, and ordered Plaintiff to

18   file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  On April

19   24, 2009, after more than thirty days passed and Plaintiff failed to comply with or otherwise respond

20   to the Court's order, the Court ordered Plaintiff to show cause within thirty days why this action

21   should not be dismissed for failure to prosecute.  Plaintiff was warned that the failure to respond

22   would result in dismissal of this action, but Plaintiff did not file a response.  In re

23   Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1229 (9th Cir. 2006).  As

24   a result of Plaintiff's failure to file an amended complaint, there is no pleading on file, and given

25   Plaintiff failure to respond to the Court's orders, dismissal is the only viable option.  Id.

26   ///

27   ///

28   ///

1

Accordingly, this action is HEREBY DISMISSED, without prejudice, for failure to prosecute.


IT IS SO ORDERED.

**Dated:   June 29, 2009**          _____ /s/ **Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE